**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JANET HOYT,**

        **Plaintiff,**

v.                                                       **Case No: 6:22-cv-449-PGB-GJK**

**UBOR A ASSOCIATES, LLC,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed June 8, 2022. (Doc. 19). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Ubor A Associates, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 9, 2022.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties